GO11-11(a)/RC    /121

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   Trisha Hamric and Jonathan Hamric                         CASE NO:     4:10-bk-11039 T
                                                                                Chapter 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 05/04/2010 as a result of the debtors' failure to make payments as required by the plan. The motion was set for hearing on 06/16/2010. The court finds that the Debtors are in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtors complying with the following:

1. The debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:   June 2010 thru November 2010

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtors complying with the above provisions. Failure of the debtors to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date:  06/16/2010                                          /s/  Richard D. Taylor

                                                           Richard D. Taylor
                                                           U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      James Wallace & Associates
      212 Center St, Ste 100
      Little Rock, AR  72201

      Trisha Hamric and Jonathan Hamric
      21 Windsor Dr.
      Maumelle, AR  72113